Sigmund J. Tarvid, Plaintiff-Appellant, v. Marguerite S. Tarvid, Defendant-Appellee.

Gen. No. 10,852.    (Abstract of Decision.)

Second District.

May 12, 1956.

Released for publication June 7, 1956.

Putnam, Johnson & Alschuler, for appellant; Sam Alschuler, Ralph C. Putnam, Jr., and Edward J. McWethy, of counsel; Thomas P. O'Malley, and Donn Johnson, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.